IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–00820–EWN–BNB

JEANIE BLAIR, and
PATTY BODWELL, on behalf of themselves and a class of all other persons similarly situated,

    Plaintiffs,

v.

AVAYA, INC., and
COMMUNICATIONS WORKERS OF AMERICA, LOCAL 7777,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the court on the "Joint Stipulated Motion for Dismissal with Prejudice" filed June 14, 2007. The court having read the Motion for Dismissal filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 19th day of June, 2007.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                Chief United States District Judge